FILED
2012 Jan-24 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DERRICK AVERHART,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 2:11-CV-2567-VEH-JEO** |
| ) | |
| **CARTER F. DAVENPORT,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The magistrate judge filed a report on December 27, 2011, recommending that all claims in this action, except the failure to protect claim against Officer Kendrick, be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). It was further recommended that the failure to protect claim against Officer Kendrick be referred to the magistrate judge for further proceedings. Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTE**D and the magistrate

judge's recommendation is **ACCEPTED**. It is therefore **ORDERED** that all of the plaintiff's claims in this action except, except his failure to protect claim against Officer Kendrick, are **DISMISSED WITHOUT PREJUDICE** for failing to state a claim upon which relief can be granted. It is further **ORDERED** that the failure to protect claim against Officer Kendrick is **REFERRED** to the magistrate judge for further proceedings.

The Clerk is **DIRECTED** to serve a copy of this order upon the plaintiff.

**DONE** this the 24th day of January, 2012.

 

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge